

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. **21-MJ-4448** |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | |
| ) | Title 8 U.S.C. Sec. 1324(a)(2)(B)(iii) |
| Kasiah Joseph BAYNHAM, ) | Bringing in Unlawful Alien(s) |
| ) | Without Presentation |
| Defendant. ) | |

The undersigned complainant, being duly sworn, states:

On or about November 7, 2021, within the Southern District of California, Defendant Kasiah Joseph BAYNHAM, with the intent to violate the immigration laws of the United States, knowingly and in reckless disregard of the fact that aliens, namely, Maria RAYMUNDO-Simion and C.L.M., had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached statement of facts which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Gabriela Acevedo, Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 8th of November 2021.

HON. DANIEL E. BUTCHER
UNITED STATES MAGISTRATE JUDGE

PROBABLE CAUSE STATEMENT

The complainant states that Maria RAYMUNDO-Simion and C.L.M. are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On November 7, 2021, at approximately 4:37 P.M., Kasiah Joseph BAYNHAM, (Defendant) was waiting in line to make application for admission to the United States from Mexico at the Otay Mesa Port of Entry vehicle primary lanes. Defendant was the driver of a white Chevrolet Monte Carlo bearing California license plates. During a pre-primary roving operation, a Customs and Border Protection (CBP) Officer contacted the Defendant asking him where he was going and what he was bringing from Mexico. Defendant presented his California driver license and stated he was going home to Empire, California and gave two negative customs declarations. The CBP Officer asked Defendant if the vehicle he was driving belonged to him and Defendant stated it belonged to his girlfriend. The CBP Officer inspected the trunk of the vehicle and discovered a false wall compartment with persons concealed within. Defendant was removed from the vehicle, handcuffed and escorted to the secondary office. The vehicle was driven to secondary for further inspection.

In secondary, a female, later identified as Maria RAYMUNDO-Simion was assisted out of the trunk of the vehicle while a minor male, C.L.M. was discovered concealed in a rear seat compartment. Both admitted to being citizens of countries other than the United States with no legal documents to enter the United States. Both are now referred to as Material Witnesses.

At approximately 6:22 P.M., Defendant was advised of his Miranda Rights and elected to waive his right to counsel and gave the following statement: Defendant stated he went to Tijuana to meet his girlfriend's family and while in Tijuana, he was given this car to drive. Defendant stated he was going to drive the car across the border and go back to his home in Highland, California. Defendant denied knowledge of the smuggling act.

Material Witnesses gave the following statement during a videotaped interview. Material Witnesses admitted they are citizens of countries other than the United States. Material Witnesses stated they were going to California to work and were going to pay a smuggling fee between an unknown amount and $10,000 USD.